

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Tandi Thanh Huynh<br>DEFENDANT(S). | CASE NUMBER<br><br>08-2456 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant_____, IT IS ORDERED that a detention hearing is set for __October 21_____, __2008__, at __9:00__ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian_____, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10/14/08__                    _____
                                       U.S. District Judge/Magistrate Judge